| | | | |
|---|---|---|---|
| Wagner v. Pennsylvania Capitol Police Dept. ........ | 06/08/2016 104 MAL (2016) | Denied | Pa.Cmwlth., 132 A.3d 1051 |
| Wright v. Pennsylvania Bd. of Probation and Parole ... | 07/14/2016 166 MAL (2016) | Denied | No. 877 CD 2015 |
| Wyomissing Area School Dist. v. Zoning Hearing Bd. of Wyomissing Borough; "Stop the Fence" Group, In re............. | 06/13/2016 116 MAL (2016) | Denied | Pa.Cmwlth., 128 A.3d 851 |
| Zenak v. Police Athletic League of Philadelphia...... | 07/07/2016 57, 58 EAL (2016) | Denied | Pa.Cmwlth., 132 A.3d 541 |
| Ziegenfuss Drilling, Inc. v. W.C.A.B. (Dailey) .......... | 06/08/2016 51 MAL (2016) | Denied | |